**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Howard Hoy, | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **TO FILE THIRD-PARTY COMPLAINT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Soo Line Railroad Company, d/b/a | ) | Case No. 4:12-cv-088 |
| Canadian Pacific Railway Company, | ) | |
| a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation for Leave to File Third-Party Complaint filed by the parties on September 24, 2012. The court **ADOPTS** the parties stipulation (Docket Nos. 6 and 7). Defendant may file a Third-Party Complaint naming the Arthur Companies as a Third-Party Defendant.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge