**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Howard Hoy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Soo Line Railroad Company, d/b/a ) | |
| Canadian Pacific Railway ) | |
| Company, a corporation, ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| The Arthur Companies, ) | |
| ) | |
| Third-Party Defendant and ) | |
| Fourth-Party Plaintiff, ) | Case No. 4:12-cv-088 |
| ) | |
| vs. ) | |
| ) | |
| R&R Contracting, Inc. ) | |
| ) | |
| Fourth-Party Defendant. ) | |

Before the court is a motion for attorney Sally J. Ferguson to appear *pro hac vice* on behalf of the plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), Ms. Ferguson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 27) is **GRANTED**. Ms. Ferguson is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 24th day May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge