**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Howard Hoy, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Soo Line Railroad Company, | ) | |
| doing business as, | ) | |
| Canadian Pacific Railway Company, | ) | |
| | ) | Case No. 4:12-cv-088 |
| Defendant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The Arthur Companies, | ) | |
| | ) | |
| Third-Party Defendant and | ) | |
| Fourth-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| R&R Contracting, Inc., | ) | |
| | ) | |
| Fourth-Party Defendant. | ) | |

Before the court is the Defendant Soo Line Railroad Company's Motion for attorney Sally J. Ferguson to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Sally J. Ferguson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 27) is **GRANTED**. Attorney Sally J. Ferguson is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 24th day of May, 2013.

             */s/ Charles S. Miller, Jr.*
             Charles S. Miller, Jr.
             United States Magistrate Judge